*VARIOUS CHAPTER 13's*

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611    0649086

October 18, 2011

PAY   Exactly Three Thousand Two Hundred Eighty Two And 75/100 Dollars

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

$******3,282.75

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

"0649086"  :061100790:  8800517495"

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229232      - JN
* * C O P Y * *
October 20, 2011
    16:04:46

**TREASURY REGFUND**
Debtor.: VARIOUS CASES
Amount.:           $3,282.75 CH
Check#.: 649086

*Deposit to 6047BK*
*Due to various chapter 13's*

*10/20/11 CVogel*

Total-> $3,282.75

FROM: BEAULIEU

The attached check represents payments found to be undeliverable as listed below for deposit into the registry of the court.

Registry Check #649086

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-21620 | WILLIAMS JR, KERMIT<br>1121 7TH ST<br>GRETNA LA 70053 | 199.00 | MERCY BAPTIST RADIOLOGY GROUP<br>PO BOX 2309<br>CHALMETTE LA 70044 |
| 06-10432 | DAVIS, PATRICE EDWARDS<br>4013 N DELLS ST<br>HARVEY LA 70058 | 7.40 | (debtor) |
| 06-10497 | MAYES, FAWN F<br>612 LYNNETTE DR<br>METAIRIE LA 70003 | 1,765.40 | ECMC<br>STE 200<br>7325 BEAUFONT SPRINGS<br>RICHMOND VA 23225 |
| 06-11219 | ROBICHAUX, KERRY<br>145 GRANDMA LANE<br>RACELAND LA 70394 | 72.79 | (debtor) |
| 07-10829 | CARONNE, THOMAS MICHAEL<br>221 MAYO AVE<br>HARAHAN LA 70123 | 11.43 | (debtor) |
| 07-10829 | CARONNE, THOMAS MICHAEL<br>221 MAYO AVE<br>HARAHAN LA 70123 | 261.80 | CITIMORTGAGE INC<br>BANKRUPTCY DEPT DEPT 0257<br>5290 CORPORATE DR<br>FREDERICK MD 21703 |
| 07-11065 | O'DONAHUE JR, JOHN A<br>O'DONAHUE, CAROL K<br>608 HUNTERBROOK DR<br>GRETNA LA 70056 | 5.45 | (debtor) |
| 07-12252 | BRADY, MICHAEL<br>PO BOX 937<br>LULING LA 70080 | 1.46 | BERRIGAN LITCHFIELD SCHONEKAS<br>MANN TRAINA AND BOLNER<br>201 ST CHARLES AVE STE 4204<br>NEW ORLEANS LA 70170 |
| 07-12252 | BRADY, MICHAEL<br>PO BOX 937<br>LULING LA 70080 | 107.02 | BERRIGAN LITCHFIELD SCHONEKAS<br>MANN TRAINA AND BOLNER<br>201 ST CHARLES AVE STE 4204<br>NEW ORLEANS LA 70170 |
| 08-10059 | BILLIOT, EVELYN B<br>213 HANSON DR<br>HOUMA LA 70360 | 353.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41567<br>PHILADELPHIA PA 19101 |
| 08-10059 | BILLIOT, EVELYN B<br>213 HANSON DR<br>HOUMA LA 70360 | 448.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41567<br>PHILADELPHIA PA 19101 |

Registry Check #649086

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 10-12272 | COLLINS, KENYA<br>APT 312<br>10730 GLENORA DR<br>HOUSTON TX  77065 | 14.54 | ADAMS AUTO SALES C/O TOP STAR INC<br>4450 COLLEGE ST<br>BEAUMONT TX  77707 |
| 10-12272 | COLLINS, KENYA<br>APT 312<br>10730 GLENORA DR<br>HOUSTON TX  77065 | 35.46 | ADAMS AUTO SALES C/O TOP STAR INC<br>4450 COLLEGE ST<br>BEAUMONT TX  77707 |

$3,282.75